**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:(702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant,
TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERI EITREM, individually, | CASE NO: 2:25-cv-00690-RFB-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES, ONLY** |
| TARGET CORPORATION d/b/a TARGET, a Foreign Corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive, | **[First Request]** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-4, Plaintiff,  TERI EITREM ("Plaintiff"), by and through her attorney of record, M. ERIK AHLANDER, ESQ. of the law firm AHLANDER INJURY LAW and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, and hereby stipulate and agree to a sixty (60) day continuance of the current discovery deadlines to give the parties additional time to conduct discovery and discuss possible resolution.

**I.    DISCOVERY COMPLETED**

1.    Defendant served Requests for Production and Interrogatories to Plaintiff on July 11, 2025.

Stipulation and Order to Extend (First)
*Teri Eitrem. v. Target Corporation, et al.*
*Case No.* 2:25-cv-00690-RFB-BNW

2.    Defendant served Initial Disclosures Pursuant to F.R.C.P. 26(a) on July 17, 2025.

3.    Defendant served First Supplemental Disclosures Pursuant to F.R.C.P. 26(a) on July 21, 2025.

4.    Plaintiff served her Initial Disclosure Pursuant to F.R.C.P. 26(a) on July 24, 2025.

5.    Plaintiff served her Responses to Requests for Production of Documents and Interrogatories on July 30, 2025.

6.    Defendant served Second Supplemental Disclosures Pursuant to F.R.C.P. 26(a) on August 7, 2025.

7.    Defendant served Third Supplemental Disclosure Pursuant to F.R.C.P. 26(a) on August 8, 2025.

8.    Defendant served Fourth Supplemental Disclosure Pursuant to F.R.C.P. 26(a) on August 12, 2025.

9.    Defendant served Fifth Supplemental Disclosure Pursuant to F.R.C.P. 26(a) on September 4, 2025.

10.   Plaintiff served Requests for Admissions, Requests for Production and Interrogatories to Defendant on September 10, 2025.

11.   Site Inspection was conducted on September 11, 2025.

**II.    DISCOVERY REMAINING TO BE COMPLETED**

1.    Initial and Rebuttal expert disclosures

2.    Deposition of Plaintiff

3.    Depositions of percipient witnesses

4.    Depositions of FRCP 30(b)(6) witnesses

5.    Expert witness depositions

6.    Additional written discovery as needed

**III.   REASONS WHY DISCOVERY SHOULD BE EXTENDED**

This matter involves an alleged incident involving a slip and fall leading to Plaintiff's extensive injuries. The parties have been working through discovery and handling conflicts as they arise. The parties have been working together to continue to push through discovery where possible, but

Case 2:25-cv-00690-RFB-BNW    Document 14    Filed 10/10/25    Page 3 of 4
Stipulation and Order to Extend (First)
*Teri Eitrem. v. Target Corporation, et al.*
Case No. 2:25-cv-00690-RFB-BNW

additional time is necessary as Counsel is having issues obtaining medical records due to Plaintiff's previous last names. The Parties have been actively participating in discovery and seek additional time for scheduling the depositions of percipient witnesses and Plaintiff's treating providers, obtaining medical records of the Plaintiff, as well as other discovery that may arise in the course of discovery. The Parties are acting in good faith, and the request is not intended to cause unnecessary delay or prejudice to any party. The parties anticipate no further extensions will be required and put forth that the additional time is necessary in order to complete the remaining discovery. The parties agree this request is not made for the purpose of delay, but to ensure a just adjudication of the case on the merits, and that neither party will be prejudiced by the requested extension. The parties will continue to work cooperatively with each other to complete discovery.

**IV.    PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

It is hereby stipulated that the discovery cutoff deadline be extended for a period of sixty (60) days. If approved, the new discovery deadlines would be modified as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

*Stipulation and Order to Extend (First)*
*Teri Eitrem. v. Target Corporation, et al.*
*Case No.* 2:25-cv-00690-RFB-BNW

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Discovery | 01/08/2026 | **03/09/2026** |
| Motions to Amend Pleadings | 11/07/2025 | **01/06/2026** |
| Initial Expert Disclosures | 11/07/2025 | **01/06/2026** |
| Rebuttal Expert Disclosures | 12/08/2025 | **02/08/2026** |
| Dispositive Motions | 02/09/2026 | **04/10/2026** |
| Joint Pre-Trial Order | 03/11/2026 | **05/11/2026** |

**IT IS SO STIPULATED AND AGREED.**

DATED this 9th day of October, 2025          DATED this 9th day of October, 2025

**AHLANDER INJURY LAW**                       **LINCOLN, GUSTAFSON & CERCOS**

*/s/ M. Erik Ahlander, Esq.*                  */s/ Loren S. Young, Esq.*

_____                          _____
**M. ERIK AHLANDER, ESQ.**                    **LOREN S. YOUNG, ESQ.**
Nevada Bar No. 9490                           Nevada Bar No. 7567
9138 W. Flamingo Rd., Suite 110               **JULIE A. WHITE, ESQ.**
Las Vegas, Nevada 89147                       Nevada Bar No. 8725
Attorney for Plaintiff,                       7670 W. Lake Mead Blvd, Suite 200
TERI EITREM                                   Las Vegas, Nevada 89128
                                              Attorneys for Defendant,
                                              TARGET CORPORATION

<u>**ORDER**</u>

IT IS SO ORDERED.

_____
United States Magistrate Judge
DATED: October 10, 2025