**SAO**
M. ERIK AHLANDER, ESQ.
Nevada Bar No. 9490
AHLANDER INJURY LAW
9183 W. Flamingo Rd., Ste. 110
Las Vegas, Nevada 89147
Phone: (702) 996-7400
Facsimile: (702) 202-3985
erik@ahlanderinjurylaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERI EITREM, individually,<br><br>    Plaintiff,<br>v.<br><br>TARGET CORPORATION d/b/a TARGET, a Foreign Corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case: 2:25-cv-00690-RFB-BNW |

### STIPULATION AND ORDER TO CONTINUE HEARING

Pursuant to Fed. R. Civ. P. 6, Plaintiff, TERI EITREM ("Plaintiff"), by and through her attorney of record, M. ERIK AHLANDER, ESQ. of the law firm AHLANDER INJURY LAW and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, hereby stipulate and respectfully request that the Court grant a continuance of the hearing currently scheduled for **December 11, 2025, at 11:45 AM.**.

Attorney, M. ERIK AHLANDER, ESQ. is unavailable on the aforementioned date and time due to a previously scheduled, conflicting matter. The parties have conferred and are

mutually agreeable to continuing the hearing on one of the following dates: December 8th, December 9th, December 10th, December 15th, December 16th, or December 17th.

DATED this __5th__ day of December, 2025.     DATED this __5th__ day of December, 2025.

AHLANDER INJURY LAW                          LINCOLN, GUSTAFSON & CERCOS, LLP

/s/ M. Erik Ahlander, Esq.                   /s/ Julie A. White, Esq.
M. ERIK AHLANDER, ESQ.                       LOREN S. YOUNG, ESQ.
Nevada Bar No. 9490                          Nevada Bar No. 7567
9138 W. Flamingo Rd., Suite 110              JULIE A. WHITE, ESQ.
Las Vegas, Nevada 89147                      Nevada Bar No. 8725
*Attorney for Plaintiff,*                    7670 W. Lake Mead Blvd, Suite 200
TERI EITREM                                  Las Vegas, Nevada 89128
                                             *Attorney for Defendant,*
                                             TARGET COORPORATION

## ORDER

The hearing is continued to December 16, 2025, at 10:30 A.M. IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: December 8, 2025