**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:(702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant,
TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERI EITREM, individually,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION d/b/a TARGET, a Foreign Corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:25-cv-00690-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DIMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between parties, Plaintiff, TERI EITREM, by and through her attorney of record, M. ERIK AHLANDER, ESQ. of the law firm AHLANDER INJURY LAW and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff TERI EITREM's Complaint, as well as

///

///

///

///

all cross-claims, counter-claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this 27th day of July, 2026

**AHLANDER INJURY LAW**

/s/

**M. ERIK AHLANDER, ESQ.**
Nevada Bar No. 9490
9138 W. Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
Attorney for Plaintiff,
TERI EITREM

DATED this 28 day of July, 2026

**LINCOLN, GUSTAFSON & CERCOS**

/s/

**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant,
TARGET CORPORATION

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: July 28, 2026.